PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Carl J. Calnero, SB#117590
Ryan C. Wood, SB#232267
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys For Defendant
COUNTY OF SACRAMENTO (Sued erroneously herein as SACRAMENTO INTERNATIONAL AIRPORT and SACRAMENTO COUNTY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULINDER SINGH RAIHSI, | No. CIV-S-05-0318 MCE/KJM |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO INDEPENDENT TAXI OWNERS (SITOA); HADI KAKAR; SACRAMENTO INTERNATIONAL AIRPORT; SACRAMENTO COUNTY; DOES 1-10, | |
| Defendants. | |
| _____/ | |

Good Cause appearing therefore,

IT IS HEREBY ORDERED that the Dismissal Without Prejudice is granted.

IT IS SO ORDERED.

Dated: August 10, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE